IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **XL INSURANCE AMERICA, INC.** <br> **Plaintiff,** | * | |
| vs. | * | |
| **KALKREUTH ROOFING AND SHEET METAL, INC.** <br> **Defendant.** | * | Case No.: 1:17-cv-00384-JFM |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ~~PROPOSED~~ ORDER  *Ent it*

Pursuant to the agreement between the Parties reflected in Plaintiff's Consent Motion to Extend the Filing Date for All Parties' Rule 26(a)(2) disclosures, and finding good cause therefore, it is hereby ordered that:

1. That, the Motion shall be, and is hereby GRANTED; and

2. That, the new deadlines are:

| | |
|---|---|
| February 26, 2018 | Plaintiff's Rule 26(a)(2) disclosures |
| March 26, 2018 | Defendant's and Third Party Plaintiff's Rule 26(a)(2) disclosures |
| April 23, 2018 | Plaintiff's rebuttal Rule 26(a)(2) and Third Party Defendant's disclosures |
| May 7, 2018 | Rule 26(e)(2) supplementation of disclosures and responses |

*Ellen L. Hollander*
JUDGE          2/12/18

Copies sent to:

Michael H. Burgoyne, Esquire (03754)
Samuel J. Pace, Jr., Esquire
Mark C. Cavanaugh, Esquire
Howard S. Stevens, Esquire (25587)
Meighan G. Burton, Esquire (28022)

3